# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Margo Kronberg as Personal Representative of the Estate of Joseph Kronberg; and Margo Kronberg on behalf of all the heirs of Joseph Kronberg, <br><br> Plaintiffs, <br><br> vs. <br><br> Oasis Petroleum North America LLC; Basin Concrete, Inc.; RPM Consulting, Inc.; H and H Electric, Inc.; R and J Technical Services LLC; American Portables, Inc.; and American Portable Mini Storage, Inc.; <br><br> Defendants. | **ORDER** <br><br><br><br><br><br><br><br><br><br><br> Case No. 4:13-cv-011 |

The court shall conduct a telephonic status conference in the above-captioned action on May 12, 2014, at 10:00 a.m. CDT to address an apparent discovery issue involving Plaintiff and Defendants Oasis Petroleum North America, LLC and RPM Consulting, Inc. Anyone wishing to participate in the conference should call the following number and enter the following access code:

Telephone #: (877) 848-7030
Access Code: 9768929

**IT IS SO ORDERED**.

Dated this 8th day of May, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court