# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Margo Kronberg as Personal Representative of the Estate of Joseph Kronberg; and Margo Kronberg on behalf of all the heirs of Joseph Kronberg,<br><br>    Plaintiff,<br><br>vs.<br><br>Oasis Petroleum North America LLC; Basin Concrete, Inc.; RPM Consulting, Inc.; H and H Electric, Inc.; R and J Technical Services LLC; American Portables, Inc.; and American Portable Mini Storage, Inc.;<br><br>    Defendants. | **ORDER EXTENDING DISCOVERY DEADLINES**<br><br><br><br><br><br><br>Case No. 4:13-cv-011 |

On August 27, 2014, the court held a telephonic motion in hearing in the above-captioned case. Pursuant to the discussion during the hearing, the court **ORDERS** the existing Amended Scheduling Order **AMENDED** as follows:

1. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    Plaintiffs by <u>October 1, 2014</u>

    Defendants by <u>November 14, 2014</u>

    Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records. Reports to be served on other parties, but not filed with the court.

2. The parties shall have until <u>December 1, 2014</u> to complete discovery depositions of expert witnesses unless the parties agree otherwise.

3. The parties shall have until <u>November 3, 2014</u> to file other dispositive motions <u>that do not rely on expert reports</u> and until <u>December 1, 2014</u> to file other dispositive motions <u>that rely on expert reports</u>.

The jury trial set for March 16, 2015, will remain on the court's calendar. However, if the extension of the dispositive motion deadline does not allow the court adequate time to resolve the dispositive motions that are filed, the jury trial will be continued.

**IT IS SO ORDERED.**

Dated this 10th day of September, 2014.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court