# H. & H. Electric, Inc.

Post Office Box 2167 • Williston, ND 58802-2167
OFFICE: (701) 774-1001

PAY FROM THIS INVOICE NO. _____

DATE 12/29/07
TERMS – NET 30 DAYS

WORK INSTRUCTIONS: Installed cord in transformer. Installed plug end on cord. Mounted LB's and sealtite, to feed breaker panel. Pulled wires. Installed lugs in x-former.

CHARGED TO:
BASIN CONCRETE
PO BOX 4264
WILLISTON, ND 58802-4264

CO. Basin
LOC. Williams Co ND

Contract No. _____   A.F.E. No. _____   P.O. No. _____

| QUAN. | MATERIAL | UNIT PRICE | AMOUNT | DATE | LABOR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 25 KVA | 2398.25 | 2398.25 | | Dustin | 8 | 50 | 400.00 |
| 1 | 200A 208/120V Panel | 973.78 | 973.78 | | Darin | 8 | 50 | 400.00 |
| 4 | 2" LB | 15.24 | 60.96 | | Darin | 3 | 50 | 150.00 |
| 7 | 2" LB | 9.36 | 65.52 | | Mike E | 3 | 48 | 144.00 |
| 2 | 2" Meyers Hub | 21.41 | 42.82 | | | | | |
| 1 | 2" x close | 4.50 | 4.50 | | | | | |
| 2 | 2" LB cover gasket | 68.65 | 137.30 | | | LABOR TOTAL | | 1094.00 |
| 2 | 2" Sealtite conn | 35.01 | 70.02 | | | | | |
| 2' | 2" Seal tite | 5.98 | 11.96 | | EQUIP. | HOURS | RATE | AMOUNT |
| 1 | 2"x4" nipple | 7.72 | 7.72 | | Truck | 8 | 15 | 120.00 |
| 40' | 3/0 THHN | 4.55 | 182.00 | | Truck | 3 | 15 | 45.00 |
| 15' | 1/0 THHN | 2.85 | 42.75 | | | | | |
| 20' | #6 THHN | 1.02 | 20.40 | | EQUIPMENT TOTAL | | | 165.00 |
| 7 | 2P 60 ITE Breaker | 15.21 | 106.47 | | RECAP SECTION | | | |
| 2 | 2P 100 ITE Breaker | 50.37 | 100.74 | | MATERIAL | | | 7236.96 |
| 4 | 1P 20 ITE Breaker | 6.84 | 27.36 | 5.5 | TAX | | | 390.04 |
| 5 | 1" Back Box | 38.81 | 194.05 | | LABOR | | | 1094.00 |
| 5 | 1" x close | 2.34 | 11.70 | | EQUIPMENT | | | 165.00 |
| 5 | 1" Meyers Hub | 11.14 | 55.70 | | REWIND | | | |
| 3 | L1430 AP Receptical | 235.15 | 705.45 | | WIRING CERTIFICATE | | | |
| 4 | L1414 " " | 209.82 | 839.28 | | TRENCHING | | | |
| 1 | 10-4 " " | 253.63 | 253.63 | | STAND-BY CHARGE | | | |
| 1 | 11-50 | 278.00 | 278.00 | | | | | |
| 4 | 1½" L close | 3.68 | 14.72 | | | | | |
| 4 | 1½" Back Box | 153.22 | 612.88 | | | | | |
| | Misc. & splicing material | | 19.00 | | | | | |
| | SUB-TOTAL | | | | GRAND TOTAL | | | 8894.00 |

MISC. MATERIAL $5.00 MINIMUM    MATERIAL TOTAL 7236.96    APPROVED: _____





H&H-0002