## H & H Electric, Inc.

Post Office Box 2167 • Williston, ND 58802-2167
OFFICE: (701) 774-1001

PAY FROM THIS INVOICE NO. 10318
DATE 12/29/07
TERMS – NET 30 DAYS

WORK INSTRUCTIONS: Tied in wires in transformer. Installed back boxes on panel. Wired recepticals and installed breakers. Bolted to panel. Labeled rec. and breakers

**CHARGED TO:**
BASIN CONCRETE
PO BOX 4264
WILLISTON, ND 58802-4264

CO. BASIN
LOC. Williams Co ND

Contract No. _____  A.F.E. No. _____  P.O. No. _____

| QUAN. | MATERIAL | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 5 | 1½ Meyers Hub | 14.60 | 73.00 |
| 40' | #2 weld cable | 2.84 | 113.60 |
| 150' | 2-4 SO cord | 10.64 | 1596.00 |
| 1 | 1034 App Plug | 536.14 | 536.14 |
| 1 | 1½ cord connect | 42.47 | 42.47 |
| 15' | #4 bare | 1.04 | 15.60 |
| 2 | Bell Box, outlet, cover | 50.44 | 100.88 |
| 1 | 1¼ to 1" RE | 9.60 | 9.60 |
| 50' | #12 THHN | .17 | 8.50 |
| 2 | ½" Chase Nipple | 1.39 | 2.78 |
| | Loader 10 13 20 29 | | |
| 20 | 5269-PLC Ind. Pilot Light comm | 15.93 | 318.60 |
| 20 | 52606-PLC Ind. Pilot Light A06 | 10.85 | 217.00 |
| 250' | 14/3 | .96 | 240.00 |
| | Misc + Splicing material | | 9.00 |

SUB-TOTAL

MISC. MATERIAL $5.00 MINIMUM  MATERIAL TOTAL 3283.18

### LABOR

| DATE | LABOR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|

LABOR TOTAL

| DATE | EQUIP. | HOURS | RATE | AMOUNT |
|---|---|---|---|---|

EQUIPMENT TOTAL

**RECAP SECTION**

MATERIAL 3283.18
5.5 TAX 180.58
LABOR —
EQUIPMENT —
REWIND
CERTIFICATE   NO TAX
TRENCHING
STAND-BY CHARGE

APPROVED ✓
Transformer #3

GRAND TOTAL 3463.75

APPROVED: 3283.□

H and H Electric, Inc. DEPOSITION EXHIBIT 73 — EXHIBIT 5 — BASIN-00029