# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHHWESTERN DIVISION

| | |
|---|---|
| Margo Kronberg as Personal Representative of the Estate of Joseph Kronberg; and Margo Kronberg on Behalf of all the heirs of Joseph Kronberg, <br><br> Plaintiffs, <br><br> vs. <br><br> Oasis Petroleum North America LLC; Basin Concrete, Inc.; RPM Consulting, Inc.; H and H Electric, Inc.' R and J Technical Services, LLC.; American Portables, Inc.; and American Portable Mini Storage, Inc. <br><br> Defendants. | **ORDER OF DISMISSAL** <br><br> No. 4:13-cv-011 |

Before the Court is a "Stipulation of Dismissal with Prejudice," filed on February 17, 2015. See Docket No. 162. The Court **ADOPTS** the stipulation in its entirety (Docket No. 162) and **ORDERS** that all claims by the Plaintiffs against Defendants Basin Concrete, Inc., H and H Electric, Inc., R and J Technical Services, LLC, and American Portables, Inc., be dismissed, pursuant to Rule 41(a)(2) of the Federal Rules of Civil procedure, with prejudice and without costs or disbursements to either party.

**IT IS SO ORDERED.**

Dated this 26th day of February, 2015.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court

1